IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **JORGE LUIS CORREA REYES,** § § | |
| Petitioner, § § | |
| v. § | **CAUSE NO. EP-26-CV-53-KC** |
| § | |
| **PAM BONDI et al.,** § § | |
| Respondents. § | |

### ORDER

On this day, the Court considered the case. Jorge Luis Correa Reyes, a Cuban national subject to a final order of removal, filed a Petition for a Writ of Habeas Corpus, ECF No. 1. In answer to the Court's Show Cause Order, ECF No. 4, Respondents filed their Response, ECF No. 6, in opposition to Correa Reyes' Petition.

Respondents concede that Cuba will not accept Correa Reyes for repatriation but argue that his "continued post-order detention is permitted by statute and comports with due process" because his "removal is likely in the foreseeable future." Resp. 1–2, 5. In support, they submit the Declaration of Acting Assistant Field Office Director Maria E. Estrada, ECF No. 6-1. Estrada states that once ERO EL Paso was informed that Cuba would not accept Correa Reyes, they nominated him for removal to Mexico. Decl. Maria E. Estrada ("Estrada Decl.") ¶¶ 18–19. In November 2025, ERO El Paso made three attempts to remove Correa Reyes to Mexico, all which were unsuccessful due to his medical condition. *See id.* ¶¶ 20–22. They have requested to transfer Correa Reyes to ERO Phoenix to remove him "to Mexico through the Nogales border where his removal is likely to be successful." *Id.* ¶ 23. However, Estrada states that this transfer is "[p]ending resolution [of] the TRO in place for Correa Reyes." *Id.*

Although there is no Temporary Restraining Order in place, the Court previously ordered, under its inherent authority to preserve and assess its own jurisdiction, that Correa Reyes could not be transferred outside the Western District of Texas "until the Court orders otherwise or this case is closed, unless Correa Reyes is lawfully removed from the United States." Show Cause Order 5. Given that Correa Reyes' transfer outside this District to ERO Phoenix, according to Respondents, will assist in effectuating his removal, the Court finds it appropriate to vacate its prior order. And because removing Correa Reyes to Mexico would likely moot this Petition, the Court takes this matter under advisement pending additional information from Respondents.

Accordingly, the Court **ORDERS** that Respondents shall provide a status report **by no later than February 27, 2026**, detailing the following:

(1)  whether Correa Reyes has been transferred to ERO Phoenix, and if so, the date on which he was transferred;

(2)  whether Correa Reyes was removed to Mexico through the Nogales border, and if so, the date on which he was removed;

(3)  if Correa Reyes has not been removed to Mexico, the dates on which Respondents attempted to remove him and the reasons why he was not removed; and

(4)  if Correa Reyes has not been removed to Mexico, whether any third countries have been identified for removal and the concrete steps taken to obtain travel documents for Correa Reyes from those third countries.

**IT IS FURTHER ORDERED** that the Court's Order preventing Respondents from "transfer[ing] Correa Reyes to any facility outside the boundaries of the El Paso Division of the Western District of Texas, until the Court orders otherwise or this case is closed, unless Correa Reyes is lawfully removed from the United States" is **VACATED**.

**SO ORDERED.**

SIGNED this 27th day of January, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE